### PATTERSON v. JACOBS, appellant.

*Partners — accounting between — when directed.*

The plaintiff and defendant being partners, the interest of the former was levied on and sold by the sheriff for a debt of the plaintiff and another person, and was purchased by the defendant under an arrangement between the parties that he should bid in the property for the benefit of the firm, and

that the amount bid should be charged to the plaintiff and credited to the defendant. After the sale, the defendant took possession and exclusive control of the partnership property; excluded the plaintiff from the store and business, and refused to account to him. *Held,* that the plaintiff was entitled to an accounting from the defendant, in respect to the partnership property.

APPEAL from a judgment in favor of plaintiff entered upon the report of a referee. The action was brought by Duane Patterson against Willard Jacobs, for a dissolution of partnership and an accounting.

*Bradley Winslow,* for appellant.

*D. O'Brien,* for respondent.

E. DARWIN SMITH, J.

The judgment entered upon the report of the referee was affirmed upon the ground that upon the findings of fact, which the court would not disturb, it was correct.

*Judgment affirmed.*